FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 11, 2020**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA GLAZIER,<br><br>           Plaintiff,<br><br>v.<br><br>SHERIFF and UNION GAP POLICE,<br><br>           Defendants. | No. 1:20-cv-03102-SMJ<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

By Order filed August 18, 2020, the Court directed Plaintiff Joshua Glazier, a *pro se* prisoner at the Yakima County Jail, to comply with the requirements of 28 U.S.C. § 1915(a)(2) by submitting a certified copy of his trust fund account (or institutional equivalent) for the six months immediately preceding the submission of his application to proceed *in forma pauperis* on July 9, 2020. ECF No. 4 at 1. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. *Id.* at 2. Because Plaintiff had not filed a complaint, he was also supplied a Prisoner Civil Rights Complaint form and directed to complete and submit it to the Court within twenty-one days. *Id.* Plaintiff did not comply with the Court's directives and

has filed nothing further in this action. Therefore, it appears Plaintiff has abandoned this litigation.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS HEREBY ORDERED**:

    **1.**    This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

        *A.*    The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

    **2.**    The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 11th day of September 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge